UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Lamont Minter          :
                       :
v.                     :     PRISONER
                       :     Case No. 3:03cv164 (JBA)
Department of Corrections :

### ORDER OF NOTICE TO PRO SE LITIGANT

On July 1, 2003, the respondent filed a motion to dismiss. On October 2, 2003, the court issued an order directing the petitioner to respond to the motion. On October 20, 2003, and November 3, 2003, the petitioner attempted to file a memorandum in opposition to the motion to dismiss. On both occasions, the documents were returned to the petitioner because the memoranda did not include a proper certificate of service. The petitioner has yet to attempt to re-file his memorandum.

The court hereby gives express notice to the pro se petitioner that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion." Rule 7(a), D. Conn. L. Civ. R. If petitioner fails to file his opposition to the motion to dismiss or fails to obtain an extension of time for filing his opposition within **twenty days** from the date of this order, the respondent's motion may be granted at that time.

If the motion to dismiss is granted, the petition will be

dismissed and the case will be closed.

SO ORDERED this 4th day of Dec., 2003, at New Haven, Connecticut.

```
                              Joan G. Margolis
                              United States Magistrate Judge
```