JAN 15 2004
DEC 29 2003
FILED Dec 22, 2003
2004 FEB -3 P 3:38
US DISTRICT

United States District Court
District of Connecticut

Lamont Minter
v.
Department of Corrections

Case No. 3:03CV164(JBA)

### Motion for Enlargement of Time within which to Comply with Show Cause Order

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondent hereby moves for an enlargement of time of 30 days, until January 23, 2004 to comply with this court's show cause order for a response to the petition.

s/ Lamont Minter #211050
Osborn C.I.
P.O. Box 100
Somers, CT 06071

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| Field | Value |
|---|---|
| PLAINTIFF | (A) Lamont Minter |
| DEFENDANT | (C) Commissioner |
| COURT CASE NUMBER | (B) 3:03CV164(JBA)(JGM) |
| TYPE OF PROCESS | (D) Motion for Enlargement of time |

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
(E) Michael E. O'Hare, Supervisory Assistant State's Attorney
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
(F) Office of Chief State's Attorney
300 Corporate Place, Rocky Hill, CT 06067 (Jo Ann Sulik)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

(G) Lamont Minter
Osborn C.I.
P.O. Box 100
Somers, CT 06071

- Number of process to be served with this Form - 285: (H) 1
- Number of parties to be served in this case: (I) 1
- Check for service on U.S.A.: (J)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve on or Before 1-23-2004 (K)

Signature of Attorney or other Originator requesting service on behalf of: (L)
(M) ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (N)
DATE (O)

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

1. CLERK OF THE COURT

FORM USM-285 (Rev. 12/15/80)
PRIOR EDITIONS MAY BE USED

Lamont Minter
vs.
Corrections

No: 303CV164(JBA)(JGM)

## ORDER

JAN - 5 2004

Granted _____    Denied _____

JAN 1 4 2004

Dated _____    SO ORDERED: _____
                               U.S. Judge

### Certification

I HereBy Certify That on 12-30, 2003 I mailed A True Copy of this Pleading to

Clerk U.S. District Court of    915 Lafayette Boulevard    Jo Ann Sulik
U.S. Court House                Bridge Port, CT 06604      Assistant States Attorney
                                                            Civil Litigation Bureau
                                                            Office of the Chief States
Dated 12-30-2003                Respectfully               Attorney 300 Corporate
                                                            Place Rock Hill CT
                                                            06067
                                x Lamont Minter