UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Lamont Minter

v.

Department of Corrections

FILED
FEB 5  9 25 AM '04

U.S. DISTRICT COURT
NEW HAVEN

PRISONER
Case No. 3:03cv164 (JBA)

### RULING AND ORDER

The petitioner seeks an extension of time until January 23, 2004, to file a response to respondent's motion to dismiss. The Motion [**doc. # 12**] is **GRANTED** nunc pro tunc. The petitioner shall file his response to the motion to dismiss on or before February 20, 2004.

The court hereby gives express notice to the pro se petitioner that "failure to submit a memorandum in opposition to [the] motion may be deemed sufficient cause to grant the motion." Rule 7(a), D. Conn. L. Civ. R. If petitioner fails to file his opposition to the motion to dismiss on or before **February 20, 2004**, the respondent's motion may be granted at that time.

If the motion to dismiss is granted, the petition will be dismissed and the case will be closed.

SO ORDERED this ___4th___ day of ___Feb,_____, 2003, at New Haven, Connecticut.

Joan G. Margolis
United States Magistrate Judge