FEB 20 2004

LAMONT MINTER
  VS
DEPARTMENT OF CORRECTIONS

FILED # 3:03CV164(JBA)

2004 MAR 17 P 5:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

• Judge JOAN G. Margolis

Motion/Request to Deny, To Strike And in Opposition Of Respondent's Motion To Dismiss

Pursuant to Hamm vs. Groose 15 F3d 110 (11th Cir. 1994) And Cooper v. Pate 378 U.S. 546 (1964) "My Allegations Must Be Accepted As True." Dismissal with Prejudice is A Sanction of Last Resort Proper only where There is A Clear delay or willful Contempt." This is Not The Case Here!

As was Articulated in Harris Truck Lines vs Cherry Meat Packers 371 U.S. 215, 9 L.Ed2d 261, 83 S.CT 383 (1962) Sometimes Unique Circumstances Do Exist. Another Person in Another Block is Helping Me.

I HEREBY RESPECTFULLY ASSERT THAT UNDER THE HAINES VS KERNER 404 U.S. 519 (1972) RULING THAT MY COMPLAINT SHOULD NOT BE DISMISSED UNLESS IT APPEARS I COULD PROVE NO SET OF FACTS WHICH WOULD ENTITLE ME TO RELIEF.

All I'm Asking For is A Chance to Prove MY INNOCENTS PURSUANT TO HEFFERNAN VS NORRIS 48 F.3d 331 (8th Cir. 1995). Lastly UNDER FREX VS Schuetzle 78 F.3d 359 (8th Cir. 1996) I SHOULDN'T BE REQUIRED TO OFFER CASE CITATIONS to BE ENTITLED to RELIEF.

RESPECTFULLY
Lamont Minter #211050
100 Bilton Road
Somers, CT
06071

UNITED STATES DISTRICT COURT FOR CONNECTICUT AT BRIDGEPORT 915 LAFAYETTE BLVD.

LAMONT MINTER # 211050                :    CIVIL #3:03cv 164 (JBA)(JGM)

VS                                    :    Joan G. Margolis
                                           U.S. JUDGE
COMISSIONER OF CORRECTIONS            :

### CERTIFICATION OF SERVICE TO OPPOSING COUNSEL

I HEREBY CERTIFY THAT A TRUE COPY OF THIS PLEADING WAS MAILED TO: Jo Anne Sulik Assistant State's Attorney OF 300 Corporate Place IN THE TOWN OF Rocky Hill, 06067, CONNECTICUT ON THE 11 DAY OF March, 2004

RESPECTFULLY SUBMITTED

Lamont Minter
LAMONT MINTER  # 211050
100 BILTON ROAD
SOMERS, CONNECTICUT
     06071

ORDER

GRANTED_____        DENIED_____

SO ORDERED: _____
            UNITED STATES JUDGE

DATED THIS ____ DAY OF _____, _____