UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAMONT MINTER
                                  PRISONER
   v.                      CIVIL NO. 3:03v164 (JBA)

COMMISSIONER OF CORRECTIONS

## J U D G M E N T

The cause came on for consideration on the respondent's motion to dismiss the petition for writ of habeas corpus before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motion and all of the related papers. On March 22, 2004, the Court filed its Ruling granting the respondent's motion on the ground that the petition was barred by the statute of limitations and the petitioner had failed to exhaust his available state court remedies as to both claims in the petition. The Court also ruled that a certificate of appealability will not issue.

It is therefore, **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is dismissed and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of March, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By    s/s Cynthia Earle

                                                        Cynthia Earle
                                                        Deputy Clerk

Entry on Docket _____