FORM 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 14 P 3:38
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LAMONT MINTER

v.

COMISSIONER of CORRECTIONS

PRISONER
CIVIL CASE NO. 3:03CV164(JBA)

### NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __LAMONT MINTER__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

_____

_____

2. The Judgment Order in this action was entered on __APRIL 2, 2004__.
(date)

_Lamont Minter_
Signature

LAMONT MINTER
Print Name

OSBORN C.I.

100 Bilton Road Somers, CT.
Address

(860) 566-7500
Telephone Number

Date:_____

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LAMONT MINTER

v.

COMMISSIONER OF CORRECTIONS

PRISONER
CIVIL NO. 3:03v164 (JBA)

J U D G M E N T

The cause came on for consideration on the respondent's motion to dismiss the petition for writ of habeas corpus before the Honorable Janet Bond Arterton, United States District Judge.

The Court has considered the motion and all of the related papers. On March 22, 2004, the Court filed its Ruling granting the respondent's motion on the ground that the petition was barred by the statute of limitations and the petitioner had failed to exhaust his available state court remedies as to both claims in the petition. The Court also ruled that a certificate of appealability will not issue.

It is therefore, **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is dismissed and the case is closed.

Dated at Bridgeport, Connecticut this 30th day of March, 2004.

KEVIN F. ROWE, Clerk

By   s/s Cynthia Earle

Cynthia Earle
Deputy Clerk

Entry on Docket   4/2/04

UNITED STATES DISTRICT COURT FOR CONNECTICUT AT BRIDGEPORT 915 LAFAYETTE BLVD.

LAMONT MINTER #211050 : CIVIL #3:03cv 164 (JBA)(JGM)

: Janet Bond Arterton

VS

: U.S. JUDGE

COMISSIONER OF CORRECTIONS

### CERTIFICATION OF SERVICE TO OPPOSING COUNSEL

I HEREBY CERTIFY THAT A TRUE COPY OF THIS PLEADING WAS MAILED TO:

United States District Court OF 915 Lafayette Blvd. IN THE TOWN OF Bridgeport ,CONNECTICUT ON THE 7 DAY OF April ,2004

RESPECTFULLY SUBMITTED

Lamont Minter
LAMONT MINTER  #211050
100 BILTON ROAD
SOMERS ,CONNECTICUT
06071

ORDER

GRANTED_____    DENIED_____

SO ORDERED:_____
UNITED STATES JUDGE

DATED THIS _____ DAY OF _____, _____