APR 14 2004

FILED
2004 APR 27 P 3: 54
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LAMONT MINTER #211050
vs
COMMISSIONER OF CORRECTIONS

DK# 3:03CV164(JBA)
JANET BOND ARTERTON
U.S. Judge

REQUEST FOR RECONSIDERATION OF DISMISSAL
AND MOTION FOR CERTIFICATE OF APPEALABILITY

PURSUANT to KAUFMAN V U.S. 89 S.CT 1068(1969) "FEDERAL HABEAS CORPUS RELIEF is NOT TO BE denied SOLELY ON GROUNDS that RELIEF Should HAVE BEEN Sought By APPEAL". Also According to HEFFERNAN vs NORRIS 48 F.3d 331 (8th CIR. 1995) The Procedural bAR May BE EXCUSED, SINCE I CAN Show Prejudice And Actual innocents And That This Honorable Court is Required to Do So, By The Ends of Justice.

Under Graham vs Johnson 94 F.3d 958 (5th Cir. 1996) "Exhaustion of State Remedies is Not Required in a Habeas Case if it Would Be Futile." Because Gonzalez vs Entress 133 F.3d 551 (7th Cir. 1998) Says I Cannot Recieve Monetary damages for injury of Being Wrongfully Convicted Also Because a Full and Fair Hearing would Render My Attorney Liable For Monetary Damages, under Tower vs Glover 464 U.S. 813 (1984). Thus A State Habeas Corpus would Have Been Futile.

Your Honor, I Cite Lucas vs Johnson

132 F.3d 1069 (5th Cir. 1998) And 118 S.CT 1604 (1998) Both of these cases allow my claim of innocents to serve as a gateway through which I can pass, to have my barred constitutional claims considered on the merits.

The Bouslex vs U.S. Ruling 118 S.CT 1604 (1998) Proceedurally barred claims can be considered "if the failure to do so would result in the conviction or execution of one who is actually innocent."

I'm innocent and stand wrongfully convicted. I respectfully request manditory

Judicial Notice under F.R.C.P. 201(D) That The Phone #" Here at OSBORN C.I. is (806) 566-7500. My Counselor is Matt _____.

Arrange for us to have a 12 Minute Phone Conversation, 3 way or Ex Parte. My Soul and My Youth were Murdered Long Ago Behind These Prison Walls. I Pray That You will Allow Me 12 Minutes. Otherwise I Remain a Voice, Screamming From This Tomb, into a Wind of Manifest In Justice. In Good Faith and The Interest of Justice I Move.

RESPECTFULLY SUBMITTED

DATED 4-7-2004    Lamont Minter
LAMONT MINTER #211050
10C Bilton Road
Somers, Connecticut
06071

## ORDER

GRANTED _____    DENIED _____

SO ORDERED _____

DATED _____

## CERTIFICATION

I Certify That A Copy of This Pleading Was Mailed to United States District Court AT 915 Lafayette Blvd Bridgeport, Connecticut on April, 7 2004

Lamont Minter
LAMONT MINTER

UNITED STATES DISTRICT COURT FOR CONNECTICUT AT BRIDGEPORT 915 LAFAYETTE BLVD.

LAMONT MINTER # 211050 : CIVIL #3:03cv 164 (JBA)(JGM)

VS :

COMISSIONER OF CORRECTIONS : U.S. JUDGE

### CERTIFICATION OF SERVICE TO OPPOSING COUNSEL

I HEREBY CERTIFY THAT A TRUE COPY OF THIS PLEADING WAS MAILED TO:

Clerk U.S District Court, US Court House OF 915 Lafayette Boulevard IN THE TOWN OF Bridge Port, 06604, CONNECTICUT ON THE 25 DAY OF April ,2004

RESPECTFULLY SUBMITTED

*Lamont Minter*
LAMONT MINTER #
100 BILTON ROAD
SOMERS ,CONNECTICUT
06071

ORDER

GRANTED_____    DENIED_____

SO ORDERED:_____
UNITED STATES JUDGE

DATED THIS _____ DAY OF _____, _____

UNITED STATES DISTRICT COURT FOR CONNECTICUT AT BRIDGEPORT 915 LAFAYETTE BLVD.

LAMONT MINTER #211650          :    CIVIL #3:03cv 164 (JBA)(JGM)

    VS                               :

COMISSIONER OF CORRECTIONS      :    U.S. JUDGE

### CERTIFICATION OF SERVICE TO OPPOSING COUNSEL

I HEREBY CERTIFY THAT A TRUE COPY OF THIS PLEADING WAS MAILED TO:

JO Anne Sulik, Assistant States Attorney OF 300 Corporate Place IN THE TOWN OF Rocky Hill, 06067 ,CONNECTICUT ON THE 25 DAY OF April ,2004

RESPECTFULLY SUBMITTED

*Lamont Minter*
LAMONT MINTER #
100 BILTON ROAD
SOMERS ,CONNECTICUT
        06071

ORDER

GRANTED_____     DENIED_____

SO ORDERED:_____
                UNITED STATES JUDGE

DATED THIS _____DAY OF _____,_____