

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Roseann B. MacKechnie
**CLERK**

Date:              11/18/04
Docket Number:     04-5167-pr
Short Title:       Minter v. Corrections
DC Docket Number:  03-cv-164
DC:                DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Janet Arterton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of November two thousand four.

Lamont Minter,

    Petitioner-Appellant,

v.

Commissioner of Corrections,

    Respondent-Appellee.



Petitioner, having filed a Notice of Appeal from an order denying relief in an application brought under the provisions of 28 U.S.C. Section 2254, and it appearing that the District Court denied petitioner's request for a Certificate of Appealability, the Court of Appeals construed the Notice of Appeal as a motion for Certificate of Appealability, requesting that petitioner comply with this Court's Local Rule 22(a), by submitting, within 21 days of the initial request, a motion in support of a Certificate of Appealability in which petitioner identified each issue to be raised on appeal and provided facts and a brief statement of reasons showing that petitioner had been denied a constitutional right. Petitioner, having failed to comply with the Second Circuit Local Rule 22(a), it is ORDERED that petitioner's request for a Certificate of Appealability is DENIED and DISMISSED with prejudice.

Enclosures:

For the Court,
Roseann B. MacKechnie, Clerk

By: Frank Perez
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

Certified: NOV 1 8 2004