UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAMONT MINTER,           : | |
|     Petitioner,     : | |
| : | PRISONER |
| v.                       : | Case No. 3:03cv164 (JBA) |
| : | |
| COMMISSIONER OF CORRECTIONS, : | |
|     Respondent.    : | |

**RULING ON MOTION FOR RECONSIDERATION**

Pending before the court is the petitioner's motion for reconsideration and for a certificate of appealability. For the reasons set forth below, the motion is denied.

The petitioner seeks reconsideration of the court's ruling granting the respondent's motion to dismiss the petition for writ of habeas corpus. The Court granted the motion to dismiss on March 27, 2004. A motion for reconsideration must be filed within ten days of the filing of the order the party seeks to challenge. See D. Conn. L. Civ. R. 7(c) ("Motions for Reconsideration shall be filed and served within ten (10) days of the filing of the decision or order from which relief is sought . . ."). The present motion was not mailed to counsel for the respondent until April 25, 2004, and was not filed with the court until April 27, 2004. Thus, the motion is untimely.

Even if the court were to consider the motion as a motion to reopen judgment, the petitioner has set forth no basis for reopening this action . The court granted the motion to dismiss on statute of limitations and exhaustion grounds. The petitioner claims that the court should permit his petition to proceed because he is innocent. He fails to set forth any basis for tolling the statute of limitations or excusing him from exhausting his state court remedies. Thus, any request to reopen this action is denied.

The petitioner also seeks a certificate of appealability. In the ruling granting the motion to dismiss, the court declined to issue a certificate of appealability. (See doc. # 15.) The court denies the petitioner's supplemental request for a certificate of appealability on the same grounds.

<u>Conclusion</u>

The petitioner's Motion for Reconsideration and for a Certificate of Appealability **[doc. # 18 ]** is **DENIED**.

**SO ORDERED** this  4th  day of February, 2005, at New Haven, Connecticut.

_____
Janet Bond Arterton
United States District Judge